UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JEFF O. READY**,                                    Civil Case No. 3:11-CV-00032-KI

            Plaintiff,                                JUDGMENT

                        v.

**MICHAEL J. ASTRUE**, Commissioner
of Social Security,

            Defendant.


        Jeff O. Ready
        1125 SW 12th, #603
        Portland, Oregon  97205

                Pro Se Plaintiff

        S. Amanda Marshall
        United States Attorney
        District of Oregon


Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Franco L. Becia
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

      Attorneys for Defendant


KING, Judge:

      Based on the record,

      The decision of the Commissioner is reversed.  This action is remanded to the

Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

      Dated this _____20th_____ day of January, 2012.


                __/s/ Garr M. King_____
                Garr M. King
                United States District Judge


Page 2 - JUDGMENT